Timothy F. Winchester (SBN 54826)
Neil H. Bui (215108)
McInerney & Dillon, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-3610
Telephone: (510) 465-7100
Facsimile: (510) 465-8556

Attorneys for Yerba Buena Engineering &
Construction, Inc. and Travelers Casualty and
Surety Company of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of AAA RESTAURANT FIRE CONTROL, INC., doing business as AAA FIRE PROTECTION SERVICES; and AAA RESTAURANT FIRE CONTROL, INC., <br><br>Plaintiffs, <br><br>v. <br><br>YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, and DOES 1 TO 100 inclusive, <br><br>Defendants. | No. CV 07 5912 JL <br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT |

Pursuant to Federal Rule of Civil Procedure Rules 6(b) and Northern District Local Rule 6-1 and 6-2, plaintiff and defendants hereby stipulate and agree that defendants shall have an additional 30 calendar days, to February 7, 200, in which to respond to the complaint on file

1

STIPULATION/PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

file in this action. Such extension is necessary for defendants to prepare an appropriate response to the detailed allegations contained in the complaint.

Respectfully submitted,

Date: January 7, 2008

McInerney & Dillon, PC

_____
Neil H. Bui

Attorneys for Yerba Buena Engineering & Construction, Inc. and Travelers Casualty and Surety Company of America

Date: January 15, 2008

_____
Lawrence E. Smith

Attorney for United States of America and AAA Restaurant Fire Control, Inc.

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Date: January 22, 2008

_____
Honorable James Larson
UNITED STATES DISTRICT JUDGE

2

STIPULATION/PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT