Timothy F. Winchester (SBN 54826)
Neil H. Bui (215108)
McInerney & Dillon, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-3610
Telephone: (510) 465-7100
Facsimile: (510) 465-8556

Attorneys for Yerba Buena Engineering &
Construction, Inc. and Travelers Casualty and
Surety Company of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE OF AAA RESTAURANT FIRE CONTROL, INC., DOING BUSINESS AS AAA FIRE PROTECTION SERVICES; AND AAA RESTAURANT FIRE CONTROL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, and DOES 1 TO 100 inclusive, <br><br> Defendants. | No. CV 07 5912 JL <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES PURSUANT TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

Pursuant to Federal Rule of Civil Procedure Rules 6(b) and Northern District Local Rule 6-1 and 6-2, plaintiff and defendants hereby stipulate to continue the Initial Case Management Conference of 2/27/08, for a period of 35 days to April 2, 2008. The Parties

1

**STIPULATION/PROPOSED ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES**

further stipulate to continue for the same period of 35 days, all deadlines as set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Pursuant to a previous stipulation and order, the defendants' time to respond to plaintiff's complaint was extended to February 7, 2008, on which date defendants each filed an answer to plaintiff's complaint and a counter-claim was also filed by defendant Yerba Buena Engineering & Construction. Additionally, on February 15, 2008, defendants filed an Administrative Motion for Whether Cases Should Be Considered Related Pursuant to Local Rule 3-12.

The Parties require this brief continuance of the Initial Case Management Conference and corresponding deadlines to be more fully and thoroughly prepared to address the issues involved in this case and the evidence supporting each party's claims and defenses prior to appearing before the Court at the Initial Case Management Conference.

Therefore, the parties stipulate to the modified dates as set forth below:

1) 3/12/08: Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file Joint ADR Certification with Stipulation;

2) 3/26/08: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re: Contents if Joint Case Management Statement;

3) 4/2/08: Initial Case Management Conference in Courtroom F, 15th floor, San Francisco at 10:30 a.m.

Respectfully submitted,

//
//
//
//
//

2

STIPULATION/PROPOSED ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES

Date: February 15, 2008

McInerney & Dillon, PC

_____
Neil H. Bui

Attorneys for Yerba Buena Engineering & Construction, Inc. and Travelers Casualty and Surety Company of America

Date: February 19, 2008

_____
Lawrence E. Smith

Attorney for United States of America and AAA Restaurant Fire Control, Inc.

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Date: _____

_____
Honorable James Larson
UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within action; my business address is McInerney & Dillon, P.C., 1999 Harrison Street, Suite 1700, Oakland, California 94612-4700.

On the date last written below, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES PURSUANT TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

By placing true and correct copies thereof:

__X__  By Electronic Mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons, through [LexisNexis Corporation/the Court's ECF-PACER webpage/or other internet service provider], in which counsel below are registered to receive e-mail at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

## ADDRESSEES

Lawrence E. Smith
Centerpoint Building
18 Crow Canyon Court, Ste. 205
San Ramon, California 94583

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 19, 2008

_____
Ollye L. Robinson