UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA for the use of AAA RESTAURANT FIRE CONTROL, INC., et al.<br><br>Plaintiff(s).<br><br>v.<br><br>YERBA BUENA ENGINEERING AND CONSTRUCTION, INC.,<br><br>Defendant(s).<br>_____/ | No. C 07-5912 WDB<br><br>NOTICE SETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter recently has been related to Case No. 07-4294 WDB and, accordingly, has been reassigned to Magistrate Judge Wayne D. Brazil

You are hereby notified that a Case Management Conference is set for **April 7, 2008, at 4:00 p.m.** Lead trial counsel for each party must participate in the case management conference. **No later than seven court days** prior to the case management conference, the parties must meet and confer and file a Joint Case Management Statement.

IT IS SO ORDERED.

Dated: February 27, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
         Law Clerk/Deputy Clerk