UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA for the use of AAA RESTAURANT FIRE CONTROL, INC., et al.<br><br>Plaintiff(s).<br><br>v.<br><br>YERBA BUENA ENGINEERING AND CONSTRUCTION, INC.,<br><br>Defendant(s).<br>_____ / | No. C 07-5912 WDB<br><br>NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter recently has been related to Case No. 07-4294 WDB and, accordingly, has been reassigned to Magistrate Judge Wayne D. Brazil

You are hereby notified that a Case Management Conference set for April 7, 2008, at 4:00 p.m. has been continued to **Tuesday, May 13, 2008, at 4:00 p.m.**  Lead trial counsel for each party must participate in the case management conference. **No later than seven court days** prior to the case management conference, if the parties feel it is necessary to provide the Court with any information that was not provided in their first Joint Case Management Statement, the parties must meet and confer and file an Updated Joint Case Management Statement.

IT IS SO ORDERED.

Dated: March 28, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:    Sarah Weinstein
       Law Clerk/Deputy Clerk

G:\WDBLC1\1--WDB PENDING CASES\Yerba Buena Engineering\Notice continuing CMC.frm