UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER FOR CASE MANAGEMENT CONFERENCE

Date:    May 13, 2008              Start Time:  4:00 p.m.   End Time:  4:20 p.m.

TITLE OF CASE:    *United States v. Yerba Buena Engineering & Construction, Inc., et al.*

DOCKET NO.: C 07-5912 WDB       FTR: 5/13/2008 at 4:05 p.m.  (X) In Person  ( ) Telephonic

ATTORNEY(S):

       Plaintiff:    Lawrence E. Smith, Esq.

       Defendant:    Neil H. Bui, Esq.

PROCEEDING:

    (X)    Initial Case Management Conference

    ( )    Further Case Management Conference

COURTS COMMENTS:

Court conducted Initial Case Management Conference.  See later-filed separate order.