UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA for the use of AAA RESTAURANT FIRE CONTROL, INC., et al.<br><br>Plaintiff(s).<br><br>v.<br><br>YERBA BUENA ENGINEERING AND CONSTRUCTION, INC.,<br><br>Defendant(s).<br>_____/ | No. C 07-5912 WDB<br><br>ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE |

On May 13, 2008, the parties appeared for an Initial Case Management Conference. In their Joint Case Management Conference Statement, the parties explained that they are scheduled to appear for a private mediation during the second week of July, 2008. Accordingly, the Court decided to defer setting a trial date until after the parties have attended the private mediation and encouraged the parties to use the time leading up to the mediation to undertake whatever surgical discovery each side believes is necessary to have a productive mediation.

If the parties are not able to resolve the case, they must appear before the undersigned on **Tuesday, August 5, 2008, at 4:00 p.m.**, for a further case management conference during which the Court will set a trial date. Counsel for either party may appear by telephone for the conference by notifying the undersigned's administrative law clerk at least two days before the hearing at (510) 637-3324. **By no later than Monday, August 4, 2008, at <u>noon</u>**, the parties must file a Further Joint Case Management Statement suggesting a specific case development plan and schedule.

1     If the matter settles before August 5, 2008, the parties must promptly prepare and file
2 dismissal papers and notify the Court by calling (510) 637-3324.
3 IT IS SO ORDERED.

4 Dated:   May  13, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge