Timothy F. Winchester, Esq. (State Bar No. 54826)
Neil H. Bui, Esq. (State Bar No. 215108)
McINERNEY & DILLON, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-4700
Telephone: (510) 465-7100
Facsimile: (510) 465-8556

Attorneys for Defendants and Counterclaimant
Yerba Buena Engineering & Construction, Inc., and
Travelers Casualty and Surety Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of AAA RESTAURANT FIRE CONTROL, INC., doing business as AAA FIRE PROTECTION SERVICES; and AAA RESTAURANT FIRE CONTROL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 TO 100, inclusive, <br><br> Defendants. | Case No. CV 07 5912 WDB <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> **CMC Hearing Date:** August 5, 2008 <br><br> **Time:** 4:00 p.m. <br><br> **Courtroom:** 4, Oakland <br><br> **Hon. Wayne D. Brazil, Presiding** |
| YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Counterclaimants, <br><br> vs. <br><br> UNITED STATES OF AMERICA, for the use of AAA RESTAURANT FIRE CONTROL, INC., doing business as AAA FIRE PROTECTION SERVICES; and AAA RESTAURANT FIRE CONTROL, INC. <br><br> Counterdefendant. | |

Joint Case Management Conference Statement                                   Page 1

Defendants and counterclaimants Yerba Buena Engineering & Construction, Inc. ("Yerba Buena") and Travelers Casualty and Surety Company of America ("Travelers"), and plaintiff and counterdefendant AAA Restaurant Fire Control, Inc. submit this Joint Case Management Conference Statement pursuant to Local Rule 16-9.

### Private Mediation

During the last case management conference, the parties advised the Court that they had agreed upon private mediation which would take place during the second week of July. The parties have since, exchanged documents and conferred on a time schedule to conduct limited discovery in preparation of mediation. To facilitate settlement, the parties have agreed that a brief continuance of the mediation hearing would benefit the process by allowing the parties adequate time to prepare for the mediation and participate in good faith. As such, the mediation before Michael Timpaine has been reset to September 10, 2008.

### Request for Continuation of 8.5.08 Case Management Conference

The mediation hearing date is September 10, 2008. The parties jointly request that the Court continue the Case Management Conference currently set for August 5, 2008, for a period of at least 60 days to allow the mediation to be completed and the parties to report the status of the matter to the Court.

DATED: July 31, 2008                         McINERNEY & DILLON, P.C.


By____/S/_____
Neil H. Bui
Attorneys for Defendants and Counterclaimant
Yerba Buena Engineering & Construction, Inc.,
and Travelers Casualty and Surety Company of
America

1

2  DATED: August 4, 2008

3

4                                          By_____/S/_____
                                           Lawrence E. Smith
5                                          Attorneys for Plaintiff United States of America
                                           for use of AAA Restaurant Fire Protection
6                                          Services, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Joint Case Management Conference Statement                                    Page 3

Timothy F. Winchester, Esq. (State Bar No. 54826)
Neil H. Bui, Esq. (State Bar No. 215108)
McINERNEY & DILLON, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-4700
Telephone: (510) 465-7100
Facsimile:  (510) 465-8556

Attorneys for Defendants and Counterclaimant
Yerba Buena Engineering & Construction, Inc., and
Travelers Casualty and Surety Company of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of AAA RESTAURANT FIRE CONTROL, INC., doing business as AAA FIRE PROTECTION SERVICES; and AAA RESTAURANT FIRE CONTROL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 TO 100, inclusive, <br><br> Defendants. | Case No. CV 07 5912 WDB <br><br> **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> **CMC Hearing Date:** August 5, 2008 <br><br> **Time:** 4:00 p.m. <br><br> **Courtroom:** 4, Oakland <br><br> **Hon. Wayne D. Brazil, Presiding** |
| YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Counterclaimants, <br><br> vs. <br><br> UNITED STATES OF AMERICA, for the use of AAA RESTAURANT FIRE CONTROL, INC., doing business as AAA FIRE PROTECTION SERVICES; and AAA RESTAURANT FIRE CONTROL, INC. <br><br> Counterdefendant. | |

[PROPOSED] ORDER Continuing Case Management Conference
Page 1

Upon consideration of the submissions of the parties, the Court Orders:

1. The Case Management Conference set for August 5, 2008, is continued to **October 8, 2008, at 2:30 p.m.** If the case settles through private mediation, the parties will immediately advise the Court and no appearance will be required.

2. No later than October 9, 2008, at noon, the parties must file a Further Joint Case Management Conference Statement suggesting a specific case development plan and schedule.

IT IS SO ORDERED.

DATED: _____       _____

                                             Honorable Wayne D. Brazil
                                             United States District Judge