||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |

Lawrence E. Smith   CSB# 083899
Centerpoint Building
18 Crow Canyon Court, Suite 205
San Ramon, California 94583
Telephone: (925) 820-4310
Fax:  (925) 820-9727
Email:  larry@lesmithlaw.com

Attorney for Plaintiffs
United States of America and AAA
Restaurant Fire Protection Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, for the use of AAA RESTAURANT FIRE CONTROL, INC., doing business as AAA FIRE PROTECTION SERVICES; and AAA RESTAURANT FIRE CONTROL, INC., | ) ) ) ) ) | Case No.:  C07-5912 WDB  [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | CMC Hearing Date: October 8, 2008 |
| YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 TO 100, inclusive, | ) ) ) ) ) ) ) | Time:  2:30 p.m.  Courtroom: 4, Oakland  Hon. Wayne D. Brazil, Presiding |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIM | ) ) | |

Pursuant to the Stipulation of the Parties, and for good cause shown, the Court orders that the Case Management Conference set for October 8, 2008, at 2:30 p.m., shall be

**UNITED STATES OF AMERICA, ET AL., V. YERBA BUENA ENGINEERING, CASE NO. 07-5912 WDB**
**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Page 1

1   continued to __December 8__, 2008, at __4:00 p.__m.  If the case settles through private

2   mediation, the parties will immediately advise the Court and no appearance will be required.

3   No later than __December 4__, 2008, at noon, the parties must file a Further Joint Case

4   Management Conference Statement suggesting a specific case development plan and schedule.

5        IT IS SO ORDERED.

8   Dated: _____
        Wayne D. Brazil
        United States District Judge

**UNITED STATES OF AMERICA, ET AL., V. YERBA BUENA ENGINEERING, CASE NO. 07-5912 WDB**
**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Page 2