1  Lawrence E. Smith   CSB# 083899
   Centerpoint Building
2  18 Crow Canyon Court, Suite 205
   San Ramon, California 94583
3  Telephone: (925) 820-4310
   Fax:  (925) 820-9727
4  Email:  larry@lesmithlaw.com

5  Attorney for Plaintiffs
   United States of America and AAA
6  Restaurant Fire Protection Services, Inc.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, for the      )   Case No.:  C07-5912 WDB
   use of AAA RESTAURANT FIRE             )
12 CONTROL, INC., doing business as AAA   )   [PROPOSED] ORDER
   FIRE PROTECTION SERVICES; and AAA      )   CONTINUING CASE
13 RESTAURANT FIRE CONTROL, INC.,         )   MANAGEMENT CONFERENCE
                                          )
14                Plaintiffs,             )
                                          )   CMC Hearing Date: December 8, 2008
15     vs.                                )
                                          )   Time:  4:00 p.m.
16 YERBA BUENA ENGINEERING &              )
   CONSTRUCTION, INC., a California       )   Courtroom: 4, Oakland
17 corporation; TRAVELERS CASUALTY        )
   AND SURETY COMPANY OF AMERICA,         )   Hon. Wayne D. Brazil, Presiding
18 a Connecticut corporation; and         )
   DOES 1 TO 100, inclusive,              )
19                                        )
                  Defendants.             )
20                                        )
                                          )
21 AND RELATED COUNTERCLAIM               )
                                          )
22
          Pursuant to the Stipulation of the Parties, and for good cause shown, the Court
23
   orders that the Case Management Conference set for December 8, 2008, at 4:00 p.m., shall be
24
25 UNITED STATES OF AMERICA, ET AL., V. YERBA BUENA ENGINEERING, CASE NO. 07-5912 WDB
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

26                                    Page 1

1 | continued to **March 12**, 2009, at **1:30 p**.m. If the case settles through private

2 | mediation, the parties will immediately advise the Court and no appearance will be required.

3 | No later than **March 9**, 2009, at noon, the parties must file a Further Joint Case

4 | Management Conference Statement suggesting a specific case development plan and schedule.

*No additional continuance will be approved. (WDB)*

5 | IT IS SO ORDERED.

8 | Dated: December 4, 2008

*Wayne D. Brazil*
United States ~~District~~ Judge
*Magistrate*

UNITED STATES OF AMERICA, ET AL., V. YERBA BUENA ENGINEERING, CASE NO. 07-5912 WDB
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Page 2