1 Timothy F. Winchester, Esq. (State Bar No. 54826)
  Neil H. Bui, Esq. (State Bar No. 215108)
2 McINERNEY & DILLON, P.C.
  1999 Harrison Street, Suite 1700
3 Oakland, California 94612-4700
  Telephone: (510) 465-7100
4 Facsimile: (510) 465-8556

5 Attorneys for Defendants and Counterclaimant
  Yerba Buena Engineering & Construction, Inc., and
6 Travelers Casualty and Surety Company of America

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA, for the use )   Case No. CV 07 5912 WDB
   of AAA RESTAURANT FIRE CONTROL,      )
10 INC., doing business as AAA FIRE       )
   PROTECTION SERVICES; and AAA         )    **ORDER RE**
11 RESTAURANT FIRE CONTROL, INC.,         )
                                          )   **JOINT CASE MANAGEMENT**
12        Plaintiff,                       )   **CONFERENCE STATEMENT AND**
                                          )   **REQUEST FOR CONTINUANCE OF**
13              vs.                        )   **HEARING**
                                          )
14 YERBA BUENA ENGINEERING &             )
   CONSTRUCTION, INC., a California       )
15 corporation; TRAVELERS CASUALTY AND )
   SURETY COMPANY OF AMERICA, a          )
16 Connecticut corporation; and DOES 1 TO 100,)  **CMC Hearing Date**: March 12, 2009
   inclusive,                             )
17        Defendants.                      )   **Time**: 1:30 p.m.
   _____    )
18                                          )   **Courtroom**: 4, Oakland
   YERBA BUENA ENGINEERING &             )
19 CONSTRUCTION, INC., a California       )   **Hon. Wayne D. Brazil, Presiding**
   corporation; and TRAVELERS CASUALTY   )
20 AND SURETY COMPANY OF AMERICA,        )
                                          )
21        Counterclaimants,                )
                                          )
22              vs.                        )
                                          )
23 UNITED STATES OF AMERICA, for the use )
   of AAA RESTAURANT FIRE CONTROL,      )
24 INC., doing business as AAA FIRE       )
   PROTECTION SERVICES; and AAA         )
25 RESTAURANT FIRE CONTROL, INC.         )
                                          )
26        Counterdefendant.                )
   _____    )
27

28 | Joint Case Management Conference Statement | **Page 1** |

Defendants and counterclaimants Yerba Buena Engineering & Construction, Inc. ("Yerba Buena") and Travelers Casualty and Surety Company of America ("Travelers"), and plaintiff and counterdefendant AAA Restaurant Fire Control, Inc. submit this Joint Case Management Conference Statement pursuant to Local Rule 16-9.

**Settlement**

The Parties have reached an informal settlement of this entire action and have exchanged drafts of the settlement agreement in this matter. The Parties believe that a final settlement agreement will be executed, and settlement payment and settlement documents will be exchanged within 45 days.

**Request for Continuation of 3.12.09 Case Management Conference**

In its last case management order, the Court granted the parties request for a continuance of the case management conference to allow for a mediation to take place. The Court specifically stated that no further continuances would be granted. However, in light of the parties' settlement, the parties jointly request that the Court continue the Case Management Conference currently set for March 12, 2009, for a period of at least 45 days to allow the Parties to exchange the necessary settlement documents and payment, and to file a stipulation to dismiss this entire action.


DATED: March 9, 2009                    McINERNEY & DILLON, P.C.



                                        By_____/S/_____
                                        Neil H. Bui
                                        Attorneys for Defendants and Counterclaimant
                                        Yerba Buena Engineering & Construction, Inc.,
                                        and Travelers Casualty and Surety Company of
                                        America

1  DATED: March 9, 2009

2

3                                        By_____/S/_____
                                         Lawrence E. Smith
4                                        Attorneys for Plaintiff United States of America
                                         for use of AAA Restaurant Fire Protection
5                                        Services, Inc.

6
                                    ORDER
7

8   Pursuant to the parties' joint request, the Case Management Conference set for March 12,
    2009, is continued to April 30, 2009, at 3:00 p.m.
9

10  IT IS SO ORDERED.

11  Dated: March _9_, 2009

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **Joint Case Management Conference Statement**                          **Page 3**