Timothy F. Winchester (SBN 54826)
Neil H. Bui (215108)
McInerney & Dillon, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-3610
Telephone: (510) 465-7100
Facsimile: (510) 465-8556

Attorneys for Yerba Buena Engineering &
Construction, Inc. and Travelers Casualty and
Surety Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE OF AAA RESTAURANT FIRE CONTROL, INC., DOING BUSINESS AS AAA FIRE PROTECTION SERVICES; AND AAA RESTAURANT FIRE CONTROL, INC.,<br><br>　　Plaintiffs,<br><br>v.<br><br>YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, and DOES 1 TO 100 inclusive,<br><br>　　Defendants. | No. CV 07 5912 WDB<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE |

1. On or about February 15, 2009, the parties reached a settlement in this matter.

2. The settlement documents have been executed.

3. The settlement funds have been exchanged.

1

STIPULATION/PROPOSED ORDER TO DISMISS ACTION

Therefore, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), the parties stipulate as set forth below:

    1)     That this action be dismissed in its entirety, with prejudice;

    2)     All parties' to bear their own attorneys' fees and costs.

Respectfully submitted,

Date: February 15, 2008      McInerney & Dillon, PC

_____
Neil H. Bui

Attorneys for Yerba Buena Engineering & Construction, Inc. and Travelers Casualty and Surety Company of America

Date: April 21, 2009 ~~February ___, 2008~~

_____
Lawrence E. Smith

Attorney for United States of America and AAA Restaurant Fire Control, Inc.

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED, that the action is dismissed with prejudice.

Date: 5/27/2009

_____
Honorable Wayne D. Brazil
UNITED STATES

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*
(United States District Court, Northern District of California seal)

2

**STIPULATION/PROPOSED ORDER TO DISMISS ACTION**